### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DEBORAH BEAVERS, et al.,

                Plaintiffs,

-vs-                                                  Case No.  8:05-cv-2188-T-24MAP

CITY OF TAMPA, et al.,

                Defendants.

_____/

## O R D E R

      This cause comes before the Court on its own.  Plaintiffs have dismissed with prejudice Defendants Yaratch and Sheehan (Doc. No. 23).  The only claims now remaining are Count I for negligence and/or false arrest and Count IV for malicious prosecution, both of which are asserted against the City of Tampa.

      Federal court jurisdiction over pendent state law claims is governed by 28 U.S.C. § 1367, which provides that

> in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

28 U.S.C. § 1367(a).  Under § 1367(c), "the district court may decline to exercise supplemental jurisdiction over a claim under subsection (a) if- ... (3) the district court has dismissed all claims over which it has original jurisdiction."  Having dismissed all claims over which this Court had original jurisdiction, the Court declines to exercise supplemental jurisdiction over the remaining state law claims.  Accordingly, the Clerk is directed to remand this case to state court and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of May, 2006.

SUSAN C. BUCKLEW
United States District Judge